## SECOND DISTRICT.

Clarence Higgins, by Grace Higgins, conservator, defendant in error, v. Midland Casualty Company, plaintiff in error. Gen. No. 6,767.
Action on an accident insurance policy for injury by sunstroke. Judgment for plaintiff. Error to the Circuit Court of Winnebago county; the Hon. Frank E. Shopen, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed July 16, 1920.
Fisher, North, Welsh & Linscott and Cleland, Lee & Phelps, for plaintiff in error. Knight & Mohr and Roy F. Hall for defendant in error.
Mr. Presiding Justice Dibell delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Max Fensky, plaintiff in error. Gen. No. 6,774.
Conviction on charge of selling liquor in anti-saloon territory. Error to the County Court of DuPage county; the Hon. Frank E. Shopen, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed July 16, 1920. Rehearing denied October 12, 1920.
Charles E. Erbstein, for plaintiff in error; Zack C. Hoffheimer and Cameron Latter, of counsel. Edward J. Brundage, Floyd E. Britton and Charles W. Hadley, for defendant in error.
Mr. Presiding Justice Dibell delivered the opinion of the court.

William Templeton, appellee, v. Griesser Fruit & Produce Company, appellant. Gen. No. 6,814.
Action for personal injuries to pedestrian caused by collision between auto-truck and street car. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed July 16, 1920. Niehaus, J., took no part.
L. O. Eagleton and Roscoe Herget, for appellant. John B. King, Leo G. Hana and Charles C. Dickman, for appellee.
Mr. Presiding Justice Dibell delivered the opinion of the court.